UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MCNAIR,<br><br>        Plaintiff,<br><br>    v.<br><br>IBEW, et al.,<br><br>        Defendants. | Case No. 20-cv-08664-WHO<br><br>**ORDER TO SHOW CAUSE REQUIRING RESPONSE** |

Plaintiff, proceeding pro se, filed this suit alleging unlawful discrimination claims against seven defendants. Dkt. No. 1. Five defendants have filed motions to dismiss plaintiff's claims. Dkt. Nos. 18 (IBEW, John O'Rourke); 20 (IBEW - Local 6); 23 (Edlen Electrical); 21/24 (San Francisco Electrical Contractors Association). Plaintiff's opposition or other response to these motions were due by August 20, 2021. As of the date of this Order, plaintiff has not filed an opposition or other response.

Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute by filing his opposition or other response to the pending motions by **September 13, 2021.** If plaintiff files an opposition or response by that date, defendants may file replies by September 22, 2021. The hearing on the pending motions to dismiss is reset to **October 6, 2021**.

**If plaintiff fails to file an opposition or other response to the pending motions to dismiss by September 13, 2021, this action will be DISMISSED for failure to prosecute**. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: August 26, 2021

William H. Orrick
United States District Judge