UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MCNAIR,<br><br>  Plaintiff,<br><br>  v.<br><br>IBEW, et al.,<br><br>  Defendants. | Case No. 20-cv-08664-WHO<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On August 26, 2021, I issued an Order to Show Cause requiring plaintiff Carl McNair to file his opposition or other response to the plaintiffs' pending motions to dismiss by September 13, 2021. I warned plaintiff that failure to respond by that date would lead to dismissal of this case for failure to prosecute. Dkt. No. 36.

As of today's date, plaintiff has not filed an opposition or other response to the pending motions to dismiss. Plaintiff's case is DISMISSED for failure to prosecute. Fed. R. Civ. Proc. 41(b). The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: September 21, 2021

William H. Orrick
United States District Judge